**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 17-7508**

LUIS FIGUEROA,

                Petitioner - Appellant,

     v.

WARDEN GIO RAMIREZ,

                Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. R. Bryan Harwell, District Judge. (1:17-cv-01965-RBH)

Submitted: January 30, 2018                Decided: February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Luis Figueroa, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Figueroa, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Figueroa's 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Figueroa v. Ramirez*, No. 1:17-cv-01965-RBH (D.S.C. Oct. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*